[No. 53201-4-I.   Division One.   September 7, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM A. HITCHCOCK, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-1-00205-7, Michael F. Moynihan, J., entered October 14, 2003. *Reversed* by unpublished per curiam opinion.

[No. 53294-4-I.   Division One.   September 7, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. C.P., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-8-02402-5, Raymond C. McFarland, J. Pro Tem., entered October 6, 2003. *Reversed* by unpublished per curiam opinion.

[No. 53350-9-I.   Division One.   September 7, 2004.]

SHIRLEY SIU, ET AL., *Appellants*, v. WEST GREEN CONDOMINIUM ASSOCIATION, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 01-2-26797-3, Mary Yu, J., entered March 13, April 22, May 17, and October 15, 2003. *Reversed* by unpublished opinion per Grosse, J., concurred in by Ellington, A.C.J., and Agid, J.

[No. 53770-9-I.   Division One.   September 7, 2004.]

THE STATE OF WASHINGTON, *Appellant*, v. TROY BRANDON FRANKS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-07596-1, Anthony P. Wartnik, J., entered January 12, 2004. *Reversed* by unpublished per curiam opinion.